UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>PAUL E. HESS,          )<br>          Defendant.          ) | Crim. No. 2:19-cr-00030-GZS |

## GOVERNMENT'S STATUS REPORT REGARDING DEFENDANT PAUL HESS

NOW COMES the United States of America, by and through its undersigned attorneys and hereby submits a status report regarding how it intends to proceed in this case against defendant Paul Hess. Within the next seven days (*i.e.*, by April 12, 2021), the government intends to file a motion to dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a) with an effective of 30 days after the filing of the motion in order to provide the government with time to notify the victims in this case regarding the government's intent to dismiss the Indictment without prejudice.

Dated in Portland, Maine this 5th day of April, 2021.

Respectfully submitted,

/s/Donald E. Clark
DONALD E. CLARK
Acting United States Attorney

DANIEL S. KAHN
Acting Chief
Criminal Division, Fraud Section
U.S. Department of Justice

/s/ Matthew F. Sullivan
MATTHEW F. SULLIVAN
Trial Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL E. HESS, )<br>Defendant. ) | Crim. No. 2:19-cr-00030-GZS |

CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the GOVERNMENT'S STATUS REPORT REGARDING DEFENDANT PAUL HESS to be served upon all counsel of record by ECF:

Dated: April 5, 2021 /s/Matthew F. Sullivan
MATTHEW F. SULLIVAN
Trial Attorney